**Fill in this information to identify the case:**

Debtor name    **Fleming Steel Co.**

United States Bankruptcy Court for the:    **WESTERN DISTRICT OF PENNSYLVANIA**

Case number (if known)    **25-22143-JCM**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 12, 2025**    X /s/  **Seth Kohn**
Signature of individual signing on behalf of debtor

**Seth Kohn**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**Fleming Steel Co.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF PENNSYLVANIA__

Case number (if known) __**25-22143-JCM**__

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................... $ __1,199,500.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ __816,017.48__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ __2,015,517.48__

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ __4,798,575.61__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................... $ __0.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ __3,453,305.65__

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b                                                                                        $ __8,251,881.26__

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Fleming Steel Co.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **25-22143-JCM**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **WesBanco** | **Operating** | **1209** | $4,206.08 |
| 3.2. | **WesBanco** | **Payroll** | **3541** | $678.22 |
| 3.3. | **Charles Schwab** | **Investment** | **0233** | $732.01 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $5,616.31 |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1. | **Prepaid property tax (Lawrence County, PA)** | $14,261.65 |
|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Fleming Steel Co.** | Case number *(If known)* | **25-22143-JCM** |
|---|---|---|---|
| | Name | | |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.     **Total of Part 2.**

        Add lines 7 through 8. Copy the total to line 81.

        **$14,261.65**

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.      **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **300.00** | − | 0.00 = .... | **$300.00** |
| 11a. 90 days old or less: | **15,136.00** | − | 0.00 = .... | **$15,136.00** |
| 11a. 90 days old or less: | **26,600.00** | − | 0.00 = .... | **$26,600.00** |
| 11a. 90 days old or less: | **34,839.66** | − | 0.00 = .... | **$34,839.66** |
| 11a. 90 days old or less: | **40,000.00** | − | 0.00 = .... | **$40,000.00** |
| 11a. 90 days old or less: | **54,455.00** | − | 0.00 = .... | **$54,455.00** |
| 11b. Over 90 days old: | **170,085.55** | − | 0.00 =.... | **$170,085.55** |
| 11b. Over 90 days old: | **9,093.00** | − | 0.00 =.... | **$9,093.00** |
| 11b. Over 90 days old: | **12,625.00** | − | 0.00 =.... | **$12,625.00** |
| 11b. Over 90 days old: | **66,883.50** | − | 0.00 =.... | **$66,883.50** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Fleming Steel Co.** | Case number *(If known)* **25-22143-JCM** |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | | $430,017.71 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.    Copy the total to line 82. | | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☒ No.    Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.    Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Raw Materials (assorted steel and components for manufacturing projects)** | 3/31/25 | $243,279.63 | Liquidation | $121,748.81 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | | $121,748.81 |
|---|---|---|---|
| | Add lines 19 through 22.    Copy the total to line 84. | | |

**24.    Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.    Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.    Go to Part 8.
☒ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Fleming Steel Co.** | Case number *(If known)* **25-22143-JCM** |
|---|---|---|
| | Name | |

| 39. | **Office furniture** | | |
|---|---|---|---|
| | **Used office furniture** | $0.00 | $2,500.00 |

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
|---|---|---|---|
| | **Used computers, printers, copiers, and scanners** | $0.00 | $2,500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.    Copy the total to line 86.

   | $5,000.00 |
   |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.   Go to Part 9.
   ☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|---|---|---|---|---|
| 47.1. | **2015 RAM 2500 (359,661 miles)** | $0.00 | | $9,540.00 |
| 47.2. | **2016 Chevy Silverado 3500 (217,767 miles)** | $0.00 | | $19,833.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|---|---|---|---|---|
| | **Used machine shop equipment (welders, hand tools, forklifts, stiff leg cranes, etc.; full list available upon request)** | $0.00 | | $185,000.00 |

51. **Total of Part 8.**
   Add lines 47 through 50.    Copy the total to line 87.

   | $214,373.00 |
   |---|

Debtor    **Fleming Steel Co.**
_____   Case number _(If known)_ **25-22143-JCM**

Name

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2739 Pulaski Road, New Castle, PA 16105 (Land; Parcel 2, .75 Acres)** | Fee Simple | $0.00 | | $24,000.00 |
| 55.2. **2739 Pulaski Road, New Castle, PA 16105 (Land; Parcel 3, 7.64 Acres)** | Fee Simple | $0.00 | | $45,500.00 |
| 55.3. **2739 Pulaski Road, New Castle, PA 16105 (Building/facility, personalty, land, and leasehold improvements)** | Fee Simple | $0.00 | Appraisal | $1,130,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $1,199,500.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Fleming Steel Co.** | | Case number *(If known)* | **25-22143-JCM** |
|---|---|---|---|---|
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Proprietary drawings and specifications** | **$0.00** | | **Unknown** |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | | **$0.00** |
    |---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.    Go to Part 12.
    ☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** **Claim against Crum & Forster for bond payment made on Maryland hangar job** | **$25,000.00** |
| Nature of claim | |
| Amount requested    **$0.00** | |
| 76. **Trusts, equitable or future interests in property** | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Fleming Steel Co.** | Case number *(If known)* | **25-22143-JCM** |
|---|---|---|---|
| | Name | | |

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.     **Total of Part 11.**

          Add lines 71 through 77. Copy the total to line 90.

| **$25,000.00** |
|---|

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor   **Fleming Steel Co.**
_____   Case number *(If known)*   **25-22143-JCM**
        Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,616.31 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $14,261.65 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $430,017.71 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $121,748.81 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $214,373.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $1,199,500.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $25,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $816,017.48 | + 91b. $1,199,500.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,015,517.48 |

**Fill in this information to identify the case:**

Debtor name **Fleming Steel Co.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number (if known) **25-22143-JCM**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1 Byline Bank**
Creditor's Name
**10 N. Martingale Road
Suite 100
Schaumburg, IL 60173**
Creditor's mailing address

**847-805-9521 (fax)**
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Byline Bank**

Describe debtor's property that is subject to a lien
**2739 Pulaski Road, New Castle, PA 16105
(Building/facility, personalty, land, and leasehold improvements)**

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$124,369.10**   Value of collateral: **$1,130,000.00**

**2.2 Byline Bank**
Creditor's Name
**10 N. Martingale Road
Schaumburg, IL 60173**
Creditor's mailing address

**847-805-9521 (fax)**
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**2739 Pulaski Road, New Castle, PA 16105
(Building/facility, personalty, land, and leasehold improvements)**

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$2,493,554.54**   Value of collateral: **$1,130,000.00**

| Debtor | Fleming Steel Co. | Case number (if known) | **25-22143-JCM** |
|---|---|---|---|
| | Name | | |

| 2.3 | **GM Financial** | Describe debtor's property that is subject to a lien | $12,989.78 | $19,833.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 183593**
**Arlington, TX 76096**

Creditor's mailing address

**2016 Chevy Silverado 3500 (217,767 miles)**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

| 2.4 | **Small Business Administration** | Describe debtor's property that is subject to a lien | $2,167,662.19 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 3918**
**Portland, OR 97208**

Creditor's mailing address

**2739 Pulaski Road, New Castle, PA 16105 (Building/facility, personalty, land, and leasehold improvements)**

Describe the lien
**Lien from SBA Business Related Loan**

**wpainfo@sba.gov**
Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  | $4,798,575.61 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Fleming Steel Co.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **25-22143-JCM**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**A Servedio Electric Motor Service Inc.**<br>**634 East Washington Street**<br>**New Castle, PA 16101** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **$1,540.18** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**All Ohio Threaded Rod**<br>**5439 St. Clair Avenue**<br>**Cleveland, OH 44103** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **$267.30** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Amick Associates, Inc.**<br>**PO Box 529**<br>**Carnegie, PA 15106** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **$8,373.66** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Amteck**<br>**1387 E New Circle Road**<br>**Suite 130**<br>**Lexington, KY 40505** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **$30,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address**<br>**ANVI Services, Inc.**<br>**PO Box 26647**<br>**Charlotte, NC 28221** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **$8,030.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Fleming Steel Co. | Case number (if known) | 25-22143-JCM |
|---|---|---|---|
| | Name | | |

---

**3.6**

Nonpriority creditor's name and mailing address
**Arc Equipment**
**270 State Street**
**Struthers, OH 44471**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

**$311.60**

---

**3.7**

Nonpriority creditor's name and mailing address
**ASO Safety Solutions**
**330 N Frontage Road**
**Landing, NJ 07850**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

**$688.25**

---

**3.8**

Nonpriority creditor's name and mailing address
**ATS Logistics Services, Inc.**
**2 Crowne Point Ct**
**Suite 300**
**Cincinnati, OH 45241**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

**$14,785.00**

---

**3.9**

Nonpriority creditor's name and mailing address
**Aven Fire Systems**
**10 East Clayton Street**
**New Castle, PA 16102**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

**$157.82**

---

**3.10**

Nonpriority creditor's name and mailing address
**Baco Enterprises, Inc.**
**1190 Longwood Avenue**
**Bronx, NY 10474**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

**$2,410.45**

---

**3.11**

Nonpriority creditor's name and mailing address
**Baker Tilly US, LLP**
**PO Box 78975**
**Milwaukee, WI 53278**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

**$1,185.00**

---

**3.12**

Nonpriority creditor's name and mailing address
**Bankers Healthcare Group**
**10234 W. State Road 84**
**Fort Lauderdale, FL 33324**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

**$93,101.48**

---

**3.13**

Nonpriority creditor's name and mailing address
**Bankers Healthcare Group**
**10234 W. State Road 84**
**Fort Lauderdale, FL 33324**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

**$1,235.32**

---

| Debtor | Fleming Steel Co. | Case number (if known) | 25-22143-JCM |
|---|---|---|---|
| | Name | | |

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,173.12**

**BDI**
200 Victoria Road
Suite 3
Youngstown, OH 44515

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,950.00**

**Berkley Insurance Company**
PO Box 639807
Cincinnati, OH 45263

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,228.51**

**BISCO Industries**
PO Box 68062
Anaheim, CA 92817

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,743.62**

**Blackhawk Neff**
805 Northgate Circle
New Castle, PA 16105

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,600.00**

**Bluebix Solutions, Inc.**
7950 Legacy Drive
Suite 400
Plano, TX 75024

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,428.09**

**Book and Proch**
314 Old Youngstown Road
New Castle, PA 16101

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Brubach Plumbing Company**
1314 Woods Run Avenue
Pittsburgh, PA 15212

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,002.05**

**Campbell & Levine, LLC**
310 Grant Street
Suite 1700
Pittsburgh, PA 15219

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | Fleming Steel Co. | | Case number (if known) | **25-22143-JCM** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178,252.99** |
|---|---|---|---|

**Capital One**
**PO Box 71803**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,686.75** |
|---|---|---|---|

**Cedar Steel LLC**
**340 Cedar Street**
**PO Box 1473**
**Youngstown, OH 44501**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,063.50** |
|---|---|---|---|

**Channel Partners Capital LLC**
**10900 Wayzata Blvd Suite 300**
**Hopkins, MN 55305**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,055.50** |
|---|---|---|---|

**Cheyenne Steel, Inc.**
**1900 Brookdale Drive W**
**Mobile, AL 36618**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Church Towne Gas & Welding**
**860 Sunol Road**
**Cochranton, PA 16314**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Circle Logistics**
**PO Box 8067**
**Fort Wayne, IN 46898**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197.89** |
|---|---|---|---|

**Cleveland Punch & Die CO**
**PO Box 92594-T**
**Cleveland, OH 44190**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,125.00** |
|---|---|---|---|

**CNA Surety**
**151 N. Franklin Street**
**17th Floor**
**Chicago, IL 60606**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Fleming Steel Co. | Case number (if known) | **25-22143-JCM** |
|---|---|---|---|
| | Name | | |

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$557.61** |

**Comcast**
PO Box 70219
Philadelphia, PA 19176

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,684.75** |

**Constellation New Energy, Inc.**
PO Box 4640
Carol Stream, IL 60197

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,035.86** |

**Constellation New Energy, Inc.**
PO Box 4640
Carol Stream, IL 60197

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,047.31** |

**Contractors Steel Company**
c/o Ronald B. Rich & Associates
30665 Northwestern Hwy #280
Farmington, MI 48334

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,940.00** |

**Coupling Corp. of America**
250 North Main Street
York, PA 17407

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,233.48** |

**Davevic Benefit Consultants**
902 South Center Street
PO Box 97
Grove City, PA 16127

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45.05** |

**Direct Drive Logistics**
11122 W Rogers Street
Milwaukee, WI 53227

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$473.43** |

**Direct Image Copy Systems Inc.**
1054 Butler Avenue
New Castle, PA 16101

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | Fleming Steel Co. | Case number (if known) | 25-22143-JCM |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,972.00**

**Dominion Engineering LLC**
**240 Executive Drive**
**PO Box 2135**
**Cranberry Township, PA 16066**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,650.00**

**Door-N-Gutter Pro**
**3819 Gordon John Drive**
**Mobile, AL 36693**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Ed Emmons Steel Erectors, Inc.**
**5802 West Nine Mile Road**
**Pensacola, FL 32526**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,173.18**

**Equipment Share.com Inc.**
**PO Box 650429**
**Dallas, TX 75265**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Equitable Payment Center**
**PO Box 371459**
**Pittsburgh, PA 15250**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,237.30**

**Erie Concrete & Steel Supply**
**PO Box 1818**
**Erie, PA 16512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,712.58**

**Fastenal Company**
**PO Box 1286**
**Winona, MN 55987**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,658.86**

**Fastener Solutions, Inc.**
**20 Chestnut Street**
**Garfield, NJ 07026**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Fleming Steel Co. | Case number (if known) | **25-22143-JCM** |
|--------|-------------------|------------------------|------------------|
| | Name | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$379.93** |

**Federal Express**
PO Box 371461
Pittsburgh, PA 15250

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,315.47** |

**Fedex Freight**
PO Box 223125
Pittsburgh, PA 15251

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,400.02** |

**Finpoint Funding**
226 W 37th Street
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,155.57** |

**Ford Office Technologies**
700 Laurel Drive
Connellsville, PA 15425

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,122.15** |

**Fresh Funding Solutions, Inc.**
157 Church Street 18th Floor
New Haven, CT 06510

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$172,385.00** |

**Funderzgroup LLC DBA Credible Advance**
750 E Main Street 6th Floor
Stamford, CT 06902

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,839.71** |

**Garrett Machine, Inc.**
PO Box 489
Pooler, GA 31322

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,950.00** |

**GT Worldwide Logistics**
PO Box 72124
Cleveland, OH 44192

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Fleming Steel Co. | Case number (if known) | 25-22143-JCM |
|---|---|---|---|
| | Name | | |

---

**3.54**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,067.16** |
|---|---|---|
| **Guardian Life Insurance** | ☐ Contingent | |
| **PO Box 677458** | ☒ Unliquidated | |
| **Dallas, TX 75267** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.55**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,382.06** |
|---|---|---|
| **H&E Equipment Services** | ☐ Contingent | |
| **PO Box 849850** | ☒ Unliquidated | |
| **Dallas, TX 75284** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.56**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,150.00** |
|---|---|---|
| **Harmer Steel Products Co** | ☐ Contingent | |
| **10707 New Front Avenue** | ☒ Unliquidated | |
| **Portland, OR 97231** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.57**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$64,100.00** |
|---|---|---|
| **Haven Steel Erectors Inc.** | ☐ Contingent | |
| **9 Benham Hill Place** | ☒ Unliquidated | |
| **Hamden, CT 06514** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.58**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,500.00** |
|---|---|---|
| **Hickory Overhead Door Co.** | ☐ Contingent | |
| **PO Box 398** | ☒ Unliquidated | |
| **Lanoka Harbor, NJ 08734** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.59**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$176,198.00** |
|---|---|---|
| **Highland Hill Capital LLC** | ☐ Contingent | |
| **1100 Park Central Blvd. S** | ☒ Unliquidated | |
| **Suite 1200** | ☐ Disputed | |
| **Pompano Beach, FL 33064** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.60**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$211,618.11** |
|---|---|---|
| **Hilscher-Clarke Electric** | ☐ Contingent | |
| **130 3rd Street NW** | ☒ Unliquidated | |
| **Canton, OH 44702** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.61**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,481.00** |
|---|---|---|
| **Honest Funding LLC** | ☐ Contingent | |
| **447 Broadway** | ☒ Unliquidated | |
| **2nd Floor #1197** | ☐ Disputed | |
| **New York, NY 10013** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Fleming Steel Co. | Case number (if known) | 25-22143-JCM |
|---|---|---|---|
| | Name | | |

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,372.80**

Horizon Supply Company
311 White Street
New Castle, PA 16101

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,430.34**

Houston Harbaugh
Three Gateway Center
401 Liberty Avenue 22nd Fl.
Pittsburgh, PA 15222

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00**

Huntington Bank
PO Box 182232 NC1W32
Columbus, OH 43218

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,800.00**

Ian Martin Group
1155 Dairy Ashford Road
Suite 801
Houston, TX 77079

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

In-Finite Search Solutions
31150 Center Ridge Road
Westlake, OH 44145

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,825.92**

Industrial Tube & Steel Corp.
PO Box 8343
Carol Stream, IL 60197

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,306.17**

Internal Revenue Service
P.O. Box 8208
Philadelphia, PA 19101

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Payroll Tax**
Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,317.76**

Internal Revenue Service
ACS Support
P.O. Box 8208
19101

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Interest & Penalties**
Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Fleming Steel Co. | Case number (if known) | 25-22143-JCM |
|---|---|---|---|
| | Name | | |

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,971.17 |
|---|---|---|---|

**IPFS Corporation**
**PO Box 32144**
**New York, NY 10087**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,811.52 |
|---|---|---|---|

**ISHAVES, LLC**
**PO Box 2865**
**Paterson, NJ 07509**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $58,289.00 |
|---|---|---|---|

**JA McMahon, Inc.**
**63 East Park Avenue**
**Niles, OH 44446**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $101,042.50 |
|---|---|---|---|

**Joe Vidal Welding, LLC**
**PO Box 87**
**Geraldine, AL 35974**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37,074.34 |
|---|---|---|---|

**KTB Global**
**PO Box 14446**
**Cincinnati, OH 45250**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $268.18 |
|---|---|---|---|

**LEAF Equipment Financing**
**1720A Crete Street**
**Moberly, MO 65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,398.24 |
|---|---|---|---|

**Libertas Funding LLC**
**411 West Putnam Avenue**
**Suite 229**
**Greenwich, CT 06830**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $980.00 |
|---|---|---|---|

**M&S Spring**
**140 58th Street**
**Suite C**
**Brooklyn, NY 11220**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Fleming Steel Co. | Case number (if known) | 25-22143-JCM |
|---|---|---|---|
| | Name | | |

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,739.50**

Malcolm A. Carter
40392 Mostyn Drive
Magnolia, TX 77354

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,800.00**

Matchfield
A Raise Company
610 Chartwell Road
Suite 101
Oakville, ON L6J4A5

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,715.41**

McMaster-Carr
PO Box 7390
Chicago, IL 60680

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,511.83**

Milam Equipment
4349 New Bern Highway
Jacksonville, NC 28546

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

Milburn LLC
620 28th Street
Bellwood, IL 60104

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,804.31**

Miller Brothers Staffing
360 Chestnut Street
Meadville, PA 16335

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$287.41**

Miller Edge, Inc.
300 North Jennersville Road
PO Box 159
West Grove, PA 19390

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Fleming Steel Co. | | Case number (if known) | 25-22143-JCM |
|---|---|---|---|---|
| | Name | | | |

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.87 |
|---|---|---|---|

**Nell.com**
3009 Wilmington Road
Suite B
New Castle, PA 16105

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,865.00 |
|---|---|---|---|

**Norkan, Inc.**
25200 Easy Street
Warren, MI 48089

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,650.00 |
|---|---|---|---|

**Olympus Business Capital**
PO Box 17556
Salt Lake City, UT 84117

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,687.00 |
|---|---|---|---|

**Overton Funding LLC**
2802 N 29th Avenue
Hollywood, FL 33020

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $695.00 |
|---|---|---|---|

**Packer Thomas**
6601 Westford Place
Suite 101
Canfield, OH 44406

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $799.88 |
|---|---|---|---|

**Penn Power**
PO Box 3687
Akron, OH 44309

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,774.72 |
|---|---|---|---|

**Pennsylvania Department of Revenue**
PO BOX 280904
Harrisburg, PA 17128

Date(s) debt was incurred  8/8/25
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.80 |
|---|---|---|---|

**Pennsylvania Steel Company**
PO Box 98
Emigsville, PA 17318

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Fleming Steel Co. | Case number (if known) | 25-22143-JCM |
|---|---|---|---|
| | Name | | |

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,000.00**

**Philip Weiner & Company**
**224 Orchard Park Drive**
**New Castle, PA 16105**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$334.00**

**Phillip J. Schavilla, O.D.**
**2824 Wilmington Road**
**New Castle, PA 16105**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$568.50**

**PLIC-SBD Grand Island**
**PO Box 77202**
**Minneapolis, MN 55480**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$623.94**

**ProGas Inc.**
**2314 Evans City Road**
**Zelienople, PA 16063**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$175.02**

**ProperCutter**
**29115 State Highway 27**
**Guys Mills, PA 16327**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$261,255.14**

**Purvis Industries**
**8431 South Avenue**
**Building 2, Suite 3**
**Youngstown, OH 44514**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$620.95**

**Quarles Watchcard**
**PO Box 745736**
**Atlanta, GA 30374**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,908.00**

**R.L. Safath Mach & Fab Co Inc.**
**1111 Spring Hill Road**
**Murrysville, PA 15668**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Fleming Steel Co. | Case number (if known) | 25-22143-JCM |
| --- | --- | --- | --- |
| | Name | | |

| | | | |
| --- | --- | --- | --- |
| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,040.00** |
| | **Rainbow Advance LLC** | ☐ Contingent | |
| | **1210 Cleveland Road** | ☒ Unliquidated | |
| | **Miami Beach, FL 33141** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$315.34** |
| | **Reed Oil Comapny** | ☐ Contingent | |
| | **511 Montgomery Avenue** | ☒ Unliquidated | |
| | **New Castle, PA 16102** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,515.22** |
| | **Repair Tech** | ☐ Contingent | |
| | **PO Box 658** | ☒ Unliquidated | |
| | **Franklin, VA 23851** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139.02** |
| | **Rexel** | ☐ Contingent | |
| | **PO Box 6014** | ☒ Unliquidated | |
| | **Youngstown, OH 44501** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,991.64** |
| | **Saw Service & Supply, Inc.** | ☐ Contingent | |
| | **11925 Zelis Road** | ☒ Unliquidated | |
| | **Cleveland, OH 44135** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,313.69** |
| | **Schaedler Yesco Distribution** | ☐ Contingent | |
| | **PO Box 4990** | ☒ Unliquidated | |
| | **Harrisburg, PA 17111** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,149.23** |
| | **SE Crane Parts** | ☐ Contingent | |
| | **100 Business Center Drive** | ☒ Unliquidated | |
| | **Suite 14** | ☐ Disputed | |
| | **Ormond Beach, FL 32174** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$703,487.74** |
| | **Seth Kohn** | ☐ Contingent | |
| | **2829 Graceland Road** | ☒ Unliquidated | |
| | **New Castle, PA 16105** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| Debtor | Fleming Steel Co. | Case number (if known) | 25-22143-JCM |
|---|---|---|---|
| | Name | | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,121.02 |
|---|---|---|---|

**Sherwin Williams Co.**
**1611 West State Street**
**New Castle, PA 16101**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,222.00 |
|---|---|---|---|

**Slippery Rock Comm RFG Con Inc.**
**3940 Old Butler Road**
**New Castle, PA 16101**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,626.57 |
|---|---|---|---|

**Snyder Brothers Inc.**
**PO Box 536025**
**Pittsburgh, PA 15253**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.04 |
|---|---|---|---|

**Southeast Machine Works**
**123 Park Drive**
**Saraland, AL 36571**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,104.25 |
|---|---|---|---|

**Southway Crane & Rigging**
**PO Box 200494**
**Dallas, TX 75320**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,431.77 |
|---|---|---|---|

**Staples Advantage**
**PO Box 105638**
**Atlanta, GA 30348**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,820.00 |
|---|---|---|---|

**Summit Crane Company**
**19 Sparks Street**
**Plainville, CT 06062**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,721.98 |
|---|---|---|---|

**Sumter Coatings, Inc.**
**2410 Highway 15 South**
**Sumter, SC 29154**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | Fleming Steel Co. | Case number (if known) | **25-22143-JCM** |
|---|---|---|---|
| | Name | | |

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,699.06** |
|---|---|---|---|

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,103.15** |
|---|---|---|---|

**TForce Freight**
**PO Box 741084**
**Chicago, IL 60674**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,813.37** |
|---|---|---|---|

**Tishkoff, PLC**
**407 North Main Street**
**Ann Arbor, MI 48104**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,040.00** |
|---|---|---|---|

**Top Tier Financing LLC**
**4520 NW 7th Street**
**Miami, FL 33126**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,117.69** |
|---|---|---|---|

**Tradesmen International**
**Po Box 932858**
**Cleveland, OH 44193**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$151,714.20** |
|---|---|---|---|

**Trezz Group**
**1423 Funderburg Drive**
**Monticello, GA 31064**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,150.00** |
|---|---|---|---|

**Trident Transport, LLC**
**PO Box 746991**
**Atlanta, GA 30374**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$513.60** |
|---|---|---|---|

**United Concordia**
**1800 Center Street**
**Camp Hill, PA 17011**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| Debtor | Fleming Steel Co. | | Case number (if known) | 25-22143-JCM |
|---|---|---|---|---|
| | Name | | | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,134.59 |
|---|---|---|---|

**UPMC Health Plan**
**PO Box 371842**
**Pittsburgh, PA 15250**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.46 |
|---|---|---|---|

**UPS**
**28013 Network Place**
**PO Box 809488**
**Chicago, IL 60673**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $830.98 |
|---|---|---|---|

**Vortex**
**PO Box 846952**
**Los Angeles, CA 90084**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,592.31 |
|---|---|---|---|

**West End Hardware and Supply**
**1912 Liberty Street**
**Erie, PA 16502**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,960.00 |
|---|---|---|---|

**Wickmac Inc.**
**1399 Countyline Road**
**New Castle, PA 16101**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,521.84 |
|---|---|---|---|

**Youngstown Pipe & Steel, LLC**
**4111 Simon Road**
**Youngstown, OH 44512**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,453,305.65 |

| Debtor | **Fleming Steel Co.** | Case number (if known) | **25-22143-JCM** |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ 3,453,305.65

**Fill in this information to identify the case:**

Debtor name          **Fleming Steel Co.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **25-22143-JCM**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.    There is nothing else to report on this form.
      ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest    **Lease for HP XL Plotter** | |
| State the term remaining    **48** | |
| List the contract number of any government contract | **LEAF Commercial Capital, Inc.**<br>**1720A Crete Street,**<br>**Moberly, MO 65270** |

**Fill in this information to identify the case:**

Debtor name    **Fleming Steel Co.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **25-22143-JCM**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Seth Kohn | 2829 Graceland Road New Castle, PA 16105 | Byline Bank | ☒ D  2.1 ☐ E/F _____ ☐ G _____ |
| 2.2 | Seth Kohn | 2829 Graceland Road New Castle, PA 16105 | Byline Bank | ☒ D  2.2 ☐ E/F _____ ☐ G _____ |
| 2.3 | Seth Kohn | 2829 Graceland Road New Castle, PA 16105 | Small Business Administration | ☒ D  2.4 ☐ E/F _____ ☐ G _____ |
| 2.4 | Seth Kohn | 2829 Graceland Road New Castle, PA 16105 | Bankers Healthcare Group | ☐ D _____ ☒ E/F  3.12 ☐ G _____ |
| 2.5 | Seth Kohn | 2829 Graceland Road New Castle, PA 16105 | Bankers Healthcare Group | ☐ D _____ ☒ E/F  3.13 ☐ G _____ |
| 2.6 | Seth Kohn | 2829 Graceland Road New Castle, PA 16105 | Channel Partners Capital LLC | ☐ D _____ ☒ E/F  3.24 ☐ G _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

| Debtor | **Fleming Steel Co.** | | Case number *(if known)* | **25-22143-JCM** |

---

▇ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | **Seth Kohn** | 2829 Graceland Road<br>New Castle, PA 16105 | **Funderzgroup LLC<br>DBA Credible<br>Advance** | ☐ D _____<br>☒ E/F __3.51__<br>☐ G _____ |
| 2.8 | **Seth Kohn** | 2829 Graceland Road<br>New Castle, PA 16105 | **Finpoint Funding** | ☐ D _____<br>☒ E/F __3.48__<br>☐ G _____ |
| 2.9 | **Seth Kohn** | 2829 Graceland Road<br>New Castle, PA 16105 | **Fresh Funding<br>Solutions, Inc.** | ☐ D _____<br>☒ E/F __3.50__<br>☐ G _____ |
| 2.10 | **Seth Kohn** | 2829 Graceland Road<br>New Castle, PA 16105 | **Top Tier Financing<br>LLC** | ☐ D _____<br>☒ E/F __3.120__<br>☐ G _____ |
| 2.11 | **Seth Kohn** | 2829 Graceland Road<br>New Castle, PA 16105 | **Rainbow Advance<br>LLC** | ☐ D _____<br>☒ E/F __3.101__<br>☐ G _____ |
| 2.12 | **Seth Kohn** | 2829 Graceland Road<br>New Castle, PA 16105 | **Highland Hill Capital<br>LLC** | ☐ D _____<br>☒ E/F __3.59__<br>☐ G _____ |
| 2.13 | **Seth Kohn** | 2829 Graceland Road<br>New Castle, PA 16105 | **Honest Funding LLC** | ☐ D _____<br>☒ E/F __3.61__<br>☐ G _____ |
| 2.14 | **Seth Kohn** | 2829 Graceland Road<br>New Castle, PA 16105 | **Libertas Funding<br>LLC** | ☐ D _____<br>☒ E/F __3.76__<br>☐ G _____ |
| 2.15 | **Seth Kohn** | 2829 Graceland Road<br>New Castle, PA 16105 | **Overton Funding LLC** | ☐ D _____<br>☒ E/F __3.88__<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |
| Debtor name     **Fleming Steel Co.** |
| United States Bankruptcy Court for the:     WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known)     **25-22143-JCM** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **04/01/2025** to **Filing Date** | ☒ Operating a business<br>☐ Other _____ | **$1,055,120.00** |
   | **For prior year:**<br>From **04/01/2024** to **03/31/2025** | ☒ Operating a business<br>☐ Other _____ | **$4,435,448.11** |
   | **For year before that:**<br>From **04/01/2023** to **03/31/2024** | ☒ Operating a business<br>☐ Other _____ | **$5,419,732.92** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Fleming Steel Co.** | | Case number *(if known)* | **25-22143-JCM** |

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **BERKLEY INSURANCE CO** | **Multiple payments, 5/15/25-8/14/25** | **$24,456.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **BYLINE BANK** | **Multiple payments 5/15/25-8/14/25** | **$29,252.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **COASTAL DEBT RESOLVE** | **Multiple payments 5/15/25-8/14/25** | **$10,406.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **CREDIBLE ADVANCE** | **Multiple payments, 5/15/25-8/14/25** | **$18,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **FINPOINT FUNDING** | **Multiple payments, 5/15/25-8/14/25** | **$53,179.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **GOOD GUYS FUNDING** | **Multiple payments, 5/15/25-8/14/25** | **$23,567.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. **HIGHLAND HILL** | **Multiple payments, 5/15/25-8/14/25** | **$53,877.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. **HILSCHER-CLARKE** | **Multiple payments, 5/15/25-8/14/25** | **$18,401.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9. **HONEST FUNDING** | **Multiple payments, 5/15/25-8/14/25** | **$8,994.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor    **Fleming Steel Co.**                                       Case number *(if known)*  **25-22143-JCM**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. **INTACT SERVICES** | **Multiple payments, 5/15/25-8/14/25** | $10,815.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. **IPFS CORP** | **Multiple payments, 5/15/25-8/14/25** | $9,122.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. **IRS** | **Multiple payments, 5/15/25-8/14/25** | $28,349.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. **PA DEPARTMENT OF REVENUE** | **Multiple payments, 5/15/25-8/14/25** | $9,367.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. **SE CRANE PARTS** | **Multiple payments, 5/15/25-8/14/25** | $20,612.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. **TORQUE DRIVES** | **Multiple payments, 5/15/25-8/14/25** | $10,525.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16. **UPMC** | **Multiple payments, 5/15/25-8/14/25** | $23,219.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.17. **VERTERANO & MANOLIS**<br>**2622 Wilmington Rd**<br>**New Castle, PA 16105** | **Multiple payments, 5/15/25-8/14/25** | $7,716.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18. **Tishkoff**<br>**407 North Main Street**<br>**Ann Arbor, MI 48104** | 8/13/25 | $5,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount
    may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | **Fleming Steel Co.** | Case number *(if known)* **25-22143-JCM** |
|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Josh Kohn**<br>**1019 Stockton Drive**<br>**Cranberry Township, PA 16066**<br>**Debtor's principal's son** | 1/27/25;<br>5/31/25;<br>7/3/25 | **$42,500.00** | **reimbursement for loaned funds** |
| 4.2. **Megan Kohn**<br>**120 Church Street**<br>**White Sulphur Springs, WV 24986**<br>**Debtor's principal's daughter** | 7/2/25 | **$24,500.00** | **reimbursement for loaned funds** |
| 4.3. **Seth Kohn**<br>**2829 Graceland Road**<br>**New Castle, PA 16105**<br>**Debtor's principal** | Multiple dates between 8/26/24 and 7/8/25 | **$335,515.33** | **reimbursement for loaned funds and expenses.** |
| 4.4. **Seth Kohn**<br><br>**Debtor's principal** | Multiple dates between 8/15/24-8/14/25 | **$196,534.52** | **salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | 7.1. **Contractors Steel Company v. Fleming Steel Company**<br>**Case No. 24-cv-10756** | **Breach of Contract** | **US District Court for the Eastern District of Michigan**<br>**600 Church Street, Room 104**<br><br>**Detroit, MI 48502** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Fleming Steel Co.** | Case number *(if known)* | **25-22143-JCM** |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Funderzgroup LLC, d/b/a Credible Advance v. Fleming Steel Co. et al**<br>**67684-2025** | **Breach of contract** | **THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF WESTCHESTER**<br>**110 Dr. Martin Luther King Jr. Blvd**<br><br>**White Plains, NY 10601** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **ERIE CONCRETE & STEEL SUPPLY CO. vs. FLEMING STEEL COMPANY**<br>**2025-11786** | breach of contract | **THE COURT OF COMMON PLEAS OF ERIE COUNTY, PENNSYLVANIA**<br>**140 W 6th St**<br>**Erie, PA 16501** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **INDUSTRIAL TUBE AND STEEL CORP. v. FLEMING STEEL CO.**<br>**2025-10589** | **Breach of contract** | **THE COURT OF COMMON PLEAS OF LAWRENCE COUNTY, PENNSYLVANIA**<br>**430 Court Street**<br><br>**New Castle, PA 16101** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **RAINBOW ADVANCE, LLC v. FLEMING STEEL CO INC. and SETH KOHN**<br>**E188253/2025** | **Breach of Contract** | **SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NIAGARA**<br>**775 3rd St, Niagara Falls**<br>**Niagara Falls, NY 14301** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **FINPOINT FUNDING LLC v. FLEMING STEEL CO et al.**<br>**E2025/016180** | **Breach of Contract** | **SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF MONROE**<br>**99 Exchange Blvd # 545**<br>**Rochester, NY 14614** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **HONEST FUNDING LLC v. FLEMING STEEL CO. and SETH J KOHN**<br>**E2025/017043** | **Breach of Contract** | **SUPREME COURT OF THE STATE OF NEW YORK, COUNTRY OF MONROE**<br>**99 Exchange Blvd # 545**<br>**Rochester, NY 14614** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:  Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:  Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Fleming Steel Co.** | Case number *(if known)* | **25-22143-JCM** |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cooney Law Offices, LLC**<br>**223 Fourth Avenue, Floor 4**<br>**Pittsburgh, PA 15222** | | **7/3/25** | **$15,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Cooney Law Offices, LLC** | | **7/25/25** | **$10,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Cooney Law Offices, LLC** | | **8/12/25** | **$5,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Fleming Steel Co.** | Case number *(if known)* **25-22143-JCM** |
|---|---|---|

☒ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Huntington Bank PO BOX 1558 Columbus, OH 43216-1558** | **XXXX-8480** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **7/11/25** | **$0.00** |

| Debtor | Fleming Steel Co. | | | Case number *(if known)* | 25-22143-JCM |
|---|---|---|---|---|---|

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Huntington Bank**<br>**PO BOX 1558EA1W37**<br>**Columbus, OH 43216** | **XXXX-5617** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/20/24** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Fleming Steel Co.** | Case number *(if known)* **25-22143-JCM** |
|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Packer Thomas, C.P.A.**<br>**2815 Wilmington Rd Suite 2**<br>**New Castle, PA 16105** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Doug Johnston**<br>**153 Lockheed Drive**<br>**Coraopolis, PA 15108** | **June 2021 – August 2025** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Seth Kohn** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Byline Bank**<br>**10 N. Martingale Road**<br>**Suite 100**<br>**Schaumburg, IL 60173** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor      **Fleming Steel Co.**                                                                      Case number *(if known)* **25-22143-JCM**

| | Name and address |
|---|---|
| 26d.2. | **EBF Holding**<br>**102 W 38th Street**<br>**6th Floor**<br>**New York, NY 10018** |
| 26d.3. | **Funding Source, LLC**<br>**1457 Richmond Road**<br>**Staten Island, NY 10304** |
| 26d.4. | **Channel Partners Capital LLC**<br>**10900 Wayzata Blvd Suite 300**<br><br>**Hopkins, MN 55305** |
| 26d.5. | **Finpoint Funding**<br>**226 W 37th Street**<br><br>**10018** |
| 26d.6. | **Funderzgroup LLC DBA Credible Advance**<br>**750 E Main Street 6th Floor**<br><br>**Stamford, CT 06902** |
| 26d.7. | **Honest Funding LLC**<br>**447 Broadway**<br>**2nd Floor #1197**<br><br>**New York, NY 10013** |
| 26d.8. | **Libertas Funding LLC**<br>**411 West Putnam Avenue**<br>**Suite 229**<br><br>**Greenwich, CT 06830** |
| 26d.9. | **Olympus Business Capital**<br>**PO Box 17556**<br>**Salt Lake City, UT 84117** |
| 26d.10. | **Overton Funding LLC**<br>**2802 N 29th Avenue**<br><br>**Hollywood, FL 33020** |
| 26d.11. | **Rainbow Advance LLC**<br>**1210 Cleveland Road**<br><br>**Miami Beach, FL 33141** |
| 26d.12. | **Top Tier Financing LLC**<br>**4520 NW 7th Street**<br><br>**Miami, FL 33126** |
| 26d.13. | **BHG Funding 01, LLC**<br>**201 Solar Street**<br>**Syracuse, NY 13204** |
| 26d.14. | **CRUM & FORSTER,**<br>**305 MADISON AVE**<br>**Morristown, NJ 07960** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor   **Fleming Steel Co.**                                              Case number *(if known)*  **25-22143-JCM**

---

| Name and address | |
|---|---|
| 26d.15. | **Highland Hill Capital LLC**<br>**1100 Park Central Blvd. S**<br>**Suite 1200**<br>**Pompano Beach, FL 33064** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☒ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Patrick Frabotta** | **3/31/25** | **$181,000 (Stock steel)$62,380 (Merchandise)** |

| Name and address of the person who has possession of inventory records |
|---|
| **Fleming Steel Co.** |

---

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No

☐ Yes. Identify below.

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

| Debtor | **Fleming Steel Co.** | Case number *(if known)* | **25-22143-JCM** |

---

**Part 14:** Signature and Declaration

> **WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September 12, 2025**

| /s/   **Seth Kohn** | **Seth Kohn** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Western District of Pennsylvania

In re __Fleming Steel Co.__ _____  Case No. __25-22143-JCM__

_____  Chapter __11__

Debtor(s)

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Seth Kohn**<br>**2829 Graceland Road**<br>**New Castle, PA 16105** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __September 12, 2025__ _____   Signature __/s/  Seth Kohn__ _____

__Seth Kohn__

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Fleming Steel Co.** _____  Case No. **25-22143-JCM**
Debtor(s)    Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept ...................................................  $  _____

Prior to the filing of this statement I have received ......................................  $  _____

Balance Due ..................................................................................................  $  _____

☒  **RETAINER**

For legal services, I have agreed to accept and received a retainer of...........................  $  _____**12,069.50**

The undersigned shall bill against the retainer at an hourly rate of.............................  $  _____**400**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

The Cooney Law Offices received a retainer payment in the amount of $15,000 on July 3, 2025. The Cooney Law Offices received an additional retainer payment in the amount of $5,000 on July 25, 2025. The Cooney Law Offices received an additional retainer payment in the amount of $10,000 on August 12, 2025. On August 13, 2025, the Cooney Law Offices invoiced the Debtor in the amount of $16,192.50. As a result, and following the filing fee, the Cooney Law Offices is holding a post-petition retainer in the maount of $12,069.50.

2.  The source of the compensation paid to me was:

☒ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor    ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **The above referenced retainer shall be billed toward the following non-exhaustive list of services: consultations, preparing the Petition, Schedules and Related Documents, preparing motions and other documents, communications with all parties in interest, preparation of the Plan and Disclosure Statement, and all other legal services related to this matter. Once the retainer is exhausted, the hourly rate for all services provided is $400 for Ryan J. Cooney and $325 for Paul R. Toigo.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **Fleming Steel Co.**                                          Case No.    **25-22143-JCM**
_____                                    _____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 11, 2025**                          /s/ Ryan J. Cooney
_____              _____
*Date*                                        **Ryan J. Cooney 319213**
                                              *Signature of Attorney*
                                              **Cooney Law Offices**
                                              **223 Fourth Ave**
                                              **Pittsburgh, PA 15222**
                                              **(412) 992-7597   Fax:**
                                              **Rcooney@cooneylawyers.com**
                                              _____
                                              *Name of law firm*

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Fleming Steel Co.** _____   Case No.   **25-22143-JCM** _____

                                    Debtor(s)          Chapter   **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Fleming Steel Co.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**September 12, 2025** _____   **/s/ Ryan J. Cooney** _____
Date                           **Ryan J. Cooney 319213** _____
                               Signature of Attorney or Litigant
                               Counsel for   **Fleming Steel Co.** _____
                               **Cooney Law Offices**
                               **223 Fourth Ave**
                               **Pittsburgh, PA 15222**
                               **(412) 992-7597  Fax:**
                               **Rcooney@cooneylawyers.com**